UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIGUT S.A. de C.V., a Mexican corporation; and SAIPEM S.A., a French corporation,<br><br>             Plaintiffs,<br><br>v.<br><br>SEMPRA ENERGY, a California corporation; SEMPRA LNG, a Delaware corporation; ENERGIA COSTA AZUL, S. de R.L., de C.V., a Mexican corporation; BVT LNG COSTA AZUL, S. de R.L. de C.V., a Mexican corporation; COSTA AZUL BMVT, S.A. de C.V., a Mexican corporation; BLACK & VEATCH CORPORATION, a Delaware corporation; TECHINT S.A. de C.V., a Mexican corporation; THE KLEINFELDER GROUP, INC., a California corporation; ARUP NORTH AMERICA LIMITED, a United Kingdom corporation; ARUP TEXAS, INC., a Texas corporation; WHESSOE OIL & GAS LIMITED, a United Kingdom corporation; Q&S ENGINEERING, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No: 08 CV 0478 JM BLM<br><br>**ORDER REGARDING JOINT MOTION TO EXTEND THE TIME FOR DEFENDANTS SEMPRA ENERGY AND SEMPRA LNG TO RESPOND TO THE COMPLAINT**<br>[DocketNo.11]<br><br>**Judge: Jeffrey T. Miller** |

1    Defendants Sempra Energy and Sempra LNG's Joint Motion to extend the time in which
2 Defendants must respond to the complaint an additional 30 days and 24 days, respectively, to May 8,
3 2008 came regularly before this court and good cause for such continuance having been shown,
4    IT IS HEREBY ORDERED that Defendants Sempra Energy and Sempra LNG are granted an
5 additional 30 and 24 days, respectively, within which to respond to the Complaint, such responses
6 being now due May 8, 2008.
7    IT IS SO ORDERED.

9 Dated: April 2, 2008              _____
10                                   Judge of the District Court