1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIGUT S.A. de C.V., a Mexican corporation; and SAIPEM S.A., a French corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>SEMPRA ENERGY, a California corporation; SEMPRA LNG, a Delaware corporation; ENERGIA COSTA AZUL, S. de R.L. de C.V., a Mexican corporation; BVT LNG COSTA AZUL, S. de R.L. de C.V., a Mexican corporation; COSTA AZUL BMVT, S.A. de C.V., a Mexican corporation; BLACK & VEATCH CORPORATION , a Delaware corporation; TECHINT S.A. de C.V., a Mexican corporation; THE KLEINFELDER GROUP, INC., a California corporation; ARUP NORTH AMERICA LIMITED, a United Kingdom corporation; ARUP TEXAS, INC., a Texas corporation; WHESSOE OIL & GAS LIMITED, a United Kingdom corporation; Q & S ENGINEERING, INC., a California corporation; and DOES 1 through 20, inclusive<br><br>                    Defendants. | No. 08 CV 0478 JM BLM<br><br>**ORDER GRANTING MOTION TO EXTEND THE TIME FOR DEFENDANT BLACK & VEATCH CORP. TO RESPOND TO THE COMPLAINT** |

-1-

1  After consideration of Defendant Black & Veatch Corporation's ("Black & Veatch")
2  Motion To Extend The Time For Defendant Black & Veatch Corp. To Respond To The
3  Complaint, it is hereby ordered that:

   1.  Defendant Black & Veatch is granted an additional 29 days within which to respond
       to the Complaint.
   2.  Black & Veatch's response to the Complaint is now due May 8, 2008.

DATED:  April 3, 2008

By_____
United States District Judge

-2-