UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIGUT S.A. de C.V., a Mexican corporation; and SAIPEM S.A., a French corporation,<br><br>               Plaintiff,<br>v.<br><br>SEMPRA ENERGY, a California corporation, et al<br><br>               Defendants. | Case No. 08cv478 JM(BLM)<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL [Docket No. 24] |

Upon the stipulation of the parties and for good cause being shown, the above referenced action is hereby DISMISSED, without prejudice. Each party shall bear its own costs. The Clerk of Court is directed to close this file.

     IT IS SO ORDERED.

DATED: May 5, 2008

                                               Hon. Jeffrey T. Miller
                                               United States District Judge